# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

144299 & (45)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOSEPH M. BAYAGICH and
ROBIN T. BAYAGICH,
            Plaintiffs-Appellees,

v

TOWNSHIP OF ROSE and
JAMES W. JAIKINS,
            Defendants,

and

RESNICK & MOSS, P.C.,
            Intervening Party-Appellant.

_____/

SC: 144299
COA: 298466
Oakland CC: 2002-043281-AS

        On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the November 8, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

_____
Clerk

p0514